Name & Address:
Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patrick Halpin | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV14-5279 E |
| v. | |
| Equifax Information Services LLC | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Patrick Halpin_____, whose address is __2030 Arriba Way, Santa Maria, CA 93458_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __7-8-14__

Clerk, U.S. District Court

By: __CHRIS SAWYER__
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                                        SUMMONS