| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |  |
|---|---|
| Patrick Halpin<br>2030 Arriba Way<br>Santa Maria, CA 93458<br>805-310-4161<br>phalpin@outlook.com | FILED<br>2014 JUL -8 PM 2:21 |
| ATTORNEYS FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patrick Halpin | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV14-5279 E |
| v. | |
| Equifax Information Services LLC | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

**By Fax**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Patrick Halpin
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| Patrick Halpin | Party |
| Equifax Information Services LLC | Party |

July 07, 2014         *[signature: Patrick Halpin]*
Date                                               Sign

Patrick Halpin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                   NOTICE OF INTERESTED PARTIES