| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>none, none<br>Patrick Halpin<br>110 Mary Ave PMB 2-160<br>Nipomo, CA 93444<br>TELEPHONE NO.: (805) 310-4161<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY<br><br>2014 JUL 11 AM 11: 27 FILED |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Central District of California<br>312 N. Spring St. #G-8<br>Los Angeles, CA 90012 | |
| PLAINTIFF/PETITIONER: Patrick Halpin | CASE NUMBER:<br>CV14-5279E |
| DEFENDANT/RESPONDENT: Equifax Information Services LLC | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Petition to Compel Arbitration with Exhibits, Civil Cover Sheet, Certification and Notice of Interested Parties

3. a. Party served: Equifax Information Services LLC

   b. Person Served: CSC- Roxie Taylor - Person authorized to accept service of process
4. Address where the party was served: 2710 N Gateway Oaks Dr Ste 150
   Sacramento, CA 95833
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 7/10/2014   (2) at (time): 1:50 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Equifax Information Services LLC

   under:   Other: Limited Liability Corporation
7. **Person who served papers**
   a. Name:      Christine E. Martin
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947

   BY FAX

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 36.95
   e I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 2014-11
          (iii) County: SACRAMENTO
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 7/10/2014

Christine E. Martin
(NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 7353040