```
Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com


Patrick Halpin, IN PRO PER
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

JS-6

| | |
|---|---|
| NAME OF PLAINTIFF,<br><br>    Patrick Halpin<br><br>VS.<br><br>NAME OF DEFENDANTS,<br><br>    Equifax Information Services LLC | Case No: 2:14-cv-05279-PSG-SH<br><br>**DISMISSAL WITH PREJUDICE** |

    Please take notice that the above-entitled has been settled by Patrick Halpin and Equifax Information Services LLC where both parties agreed to an settlement resolving all issues on August 13, 2014.

    Plaintiff Patrick Halpin herby dismisses on its merits all claims made before August 13, 2014 with prejudice and without costs, disbursements or attorney's fees to any party.

DATED: August 27, 2014        BY: _____
                                                  Patrick Halpin